UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ELVING ROJAS-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | } } } } } } } } } } } } } | No. 5:26-cv-03625-JDE<br><br>JUDGMENT |

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to immediately release Petitioner Elving Rojas-Martinez (A# 246 158 371) from custody, subject to the conditions of his preexisting supervision, and to return Petitioner's identity or immigration documents seized from him at the time of arrest; and (2) denied without prejudice in all other respects as moot and/or seeking speculative relief.

Dated: July 8, 2026

_____
JOHN D. EARLY
United States Magistrate Judge